

RECEIVED
IN MONROE, LA

JUL 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

MICHAEL ANDERSON

VS.

RICHARD STALDER, ET AL.

CIVIL ACTION NO. 07-0714

SECTION P

JUDGE JAMES

MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this ___18___ day of ___July___, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE